IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By STaylor at 9:40 am, Oct 02, 2018

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR 218-14 |
| | ) |
| ANTHONY BERNARD LEWIS | ) |

ORDER

The Defendant has filed a Motion for Bond.  (Doc. 409).  The Government opposes Defendant's Motion.  (Doc. 411).  After reviewing the Motion and the entire record in this case, the Motion is hereby DENIED.

On March 21, 2018, the Court conducted a bond hearing in which the Government moved for detention of Defendant.  During that hearing Defendant requested release pending trial and Defendant's counsel presented argument and evidence by proffer.  On March 23, 2018, having considered the evidence and argument presented at the detention hearing, the Court ordered that Defendant should be detained.  (Doc. 120).  In the instant Motion, Defendant does not identify any newly discovered evidence or any facts or circumstances that have changed or since the Court's previous determination that Defendant should be detained pending trial.  Therefore, the facts and circumstances present on the record establish that Defendant should remain detained pending trial in this matter.

So ORDERED, this 1ST day of October, 2018.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA